NIECE, APPELLANT, *v.* NATIONAL INSURANCE ASSOCIATION, APPELLEE.

[Cite as *Niece v. Natl. Ins. Assn.* (1994), 70 Ohio St.3d 147.]

148

(No. 94–565—Submitted July 27, 1994—Decided August 31, 1994.)

*Lamkin, Van Eman, Trimble, Beals & Rourke* and *Timothy Van Eman,* for appellant.

*Ulmer & Berne* and *Edwin J. Hollern,* for appellee.

The judgment of the court of appeals is reversed and the cause is remanded to the trial court to apply *Miller v. Progressive Cas. Ins. Co.* (1994), 69 Ohio St.3d 619, 635 N.E.2d 317.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., dissents.

WRIGHT, J., dissenting.   I respectfully dissent for the reasons I expressed in my dissent in *Miller v. Progressive Cas. Ins. Co.* (1994), 69 Ohio St.3d 619, 625–627, 635 N.E.2d 317, 322–323.